UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELODY JANNEL RODGERS,<br><br>                    Plaintiff,<br><br>         -against-<br><br>B&H PHOTO VIDEO,<br><br>                    Defendant. | 24cv6642 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 15, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   February 7, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge